IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARIA THORN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-13-536 |
| § | |
| COMPUTER TECHNOLOGY SOLUTIONS § | |
| L.P., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 22), this action is dismissed with prejudice.

SIGNED on November 14, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge